UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

L.T.,                                          :        26-cv-599 (SHS)

                 Plaintiff,                   :        ORDER

     -against-                              :

C.D.,                                          :

               Defendant.                  :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for defendant present, and counsel for plaintiff participating by telephone,

      IT IS HEREBY ORDERED that:

1.      The next conference is scheduled for May 27, 2026, at 3:00 p.m; and

2.      The last day for completion of fact and expert discovery is July 31, 2026.

Dated: New York, New York
       March 24, 2026

                                SO ORDERED:

                                _____

                                  Sidney H. Stein, U.S.D.J.