UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

L.T.,                                          :        26-cv-599 (SHS)

                        Plaintiff,             :        ORDER

        -against-                              :

C.D.,                                          :

                        Defendant.             :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        The parties having notified the Court that a settlement in this matter is pending,

        IT IS HEREBY ORDERED that the conference scheduled for May 27, 2026, is
adjourned to June 17, 2026, at 2:30 p.m. If an order of dismissal is filed before June 17, the
conference will be cancelled.


Dated: New York, New York
        May 26, 2026


                                               SO ORDERED:

                                               _____
                                               Sidney H. Stein, U.S.D.J.