UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| L.T., | | |
|---|---|---|
| | Plaintiff, | 26-cv-599 (SHS) |
| -v- | | |
| C.D., | | ORDER |
| | Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

On March 24, 2026, the Court held a pretrial conference in this action and set July 31, 2026, as the last day for the completion of fact and expert discovery and scheduled a pretrial conference for May 27, 2026, at 3 p.m. (*See* Dkt. No. 13.)  On May 26, the parties informed the Court that a settlement was pending, and the Court adjourned the May 27 pretrial conference to June 17, 2026, at 2:30 p.m. in Courtroom 23A and wrote that "[i]f an order of dismissal is filed before June 17, the conference will be cancelled." (*See* Dkt. No. 15.)  No order of dismissal has been filed as of today.  Neither plaintiff's nor defendant's counsel appeared in Courtroom 23A on June 17 at 2:30 p.m.

The parties are reminded that the last date for all discovery remains July 31, 2026. There will be a pretrial conference on that date at 10:30 a.m. unless a stipulation of dismissal with prejudice is filed prior to July 31.

Dated:  New York, New York
        June 17, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.